UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| VANESSA NOAHUBI | CONSOLIDATED<br>CIVIL ACTION NO. 06-2196 |
| versus | JUDGE STAGG |
| KENNETH B. JONES, JR. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiff asserts diversity jurisdiction but alleges, with respect to citizenship, only that Plaintiff "resides" in Oklahoma and Defendant is a "resident" of Louisiana. It is domicile rather than mere residency that decides citizenship for diversity purposes, and "[i]t is well established that an allegation of residency does not satisfy the requirement of an allegation of citizenship." Great Plains Trust Co. v. Morgan Stanley, 313 F.3d 305, 310 n. 2 (5th Cir. 2002), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888 (5th Cir. 1984). Plaintiff will be permitted until **January 31, 2007** to file a motion for leave to amend her complaint and attempt to cure these deficiencies and ensure the presence of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 11th day of January, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE