U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| VANESSA NOAHUBI | CONSOLIDATED<br>CIVIL ACTION NO. 06-2196 |
| VERSUS | |
| | JUDGE STAGG |
| KENNETH B. JONES, JR. | MAGISTRATE JUDGE HORNSBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT ORDER

**CONSIDERING** the foregoing Consent Motion to Bifurcate The Trial On The Merits From The Trial On Constitutionality on behalf of the State of Louisiana through the Honorable Charles C. Foti, Jr., Attorney General,

**IT IS HEREBY ORDERED** that the trial of the constitutionality of La. R.S. 40:1299.42(B) and R.S. 40:1299.39(F) is bifurcated from the trial on the merits of this case; and,

**IT IS FURTHER ORDERED** that discovery on, and the trial of, the constitutionality of La. R.S. 40:1299.42(B) and/or R.S. 40:1299.39(F) will not be scheduled unless and until a ruling on the merits is entered stating that if applied in this case, La. R.S. 40:1299.42(B) and/or R.S. 40:1299.39(F) will operate to prevent the Plaintiff from being fully compensated for her injuries.

Shreveport, Louisiana, this 10th day of May, 2007.

_____
MAG. JUDGE